COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In re Cirrus Aircraft Corporation, Cirrus Design Corporation D/B/A Cirrus Aircraft, and Ballistic Recovery System, Inc.

Appellate case number:     01-19-00996-CV

Trial court case number:    2016-41450

Trial court:              127th District Court of Harris County

On December 19, 2019, relators, Cirrus Aircraft Corporation, Cirrus Design Corporation D/B/A Cirrus Aircraft, and Ballistic Recovery System, Inc., filed a petition for writ of mandamus. On January 7, 2020, relators filed an agreed motion to stay the trial setting scheduled for February 3, 2020. We grant relators' emergency motion to stay the trial of this underlying proceeding. *See* TEX. R. APP. P. 52.10(b). This stay is effective until the case in this Court is finally decided or the Court otherwise orders the stay lifted. Any party may file a motion for reconsideration of the stay. *See id.* 52.10(c).

It is so ORDERED.

Judge's signature: /s/ Sherry Radack
                      ☒ Acting individually    ☐ Acting for the Court

Date: __January 14, 2020_____